IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MARY SMITH | ) |
| | ) |
| Chase Home Finance LLC, | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 08B04499 |
| | ) JUDGE Pamela S. Hollis |
| MARY SMITH, | ) |
| Debtor | ) |

### RESPONSE TO NOTICE OF FINAL MORTGAGE CURE

Now comes Chase Home Finance LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure Amount filed on May 18, 2009 and itemizes the amounts due on the loan:

1.      The loan is due for the April 2009 payment and all those thereafter.

2.      Attorney Fees $650.00
        Costs incurred $150.00

3.      Taxes and Insurance $1,366.41


Respectfully Submitted,
Chase Home Finance LLC

/s/Christopher M. Brown       __
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn
13th Floor
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


RE:  MARY SMITH                    )
                                   )  CASE NO. 08B04499
Chase Home Finance LLC,            )  Judge Pamela S. Hollis
              Creditor,            )
        vs.                        )
                                   )
MARY SMITH,                        )
              Debtor,              )


## NOTICE OF FILING


TO:  See attached service list

    PLEASE TAKE NOTICE THAT ON July 17, 2009 Chase Home Finance LLC
filed the attached **Response to Notice of Payment of Final Mortgage
Cure**.

## PROOF OF SERVICE

        I, the undersigned Attorney, Certify that a copy of this
Notice was served to the Addresses attached by Electronic Notice
through ECF or depositing same at the U.S. Mail at 1 North Dearborn
Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on July 17, 2009,
with proper postage prepaid.

                            /s/Christopher M. Brown
                            Christopher M. Brown
                            ARDC#6271138


**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**      Pierce and Associates,
**TO COLLECT A DEBT AND ANY**                 1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**         13th Floor
**FOR THAT PURPOSE\*\*\***                    Chicago, IL 60602

NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**by Electronic Notice though ECF**


To Debtor:
MARY SMITH
16457 Kenwood Avenue
South Holland, IL 60473
**by U.S. Mail**


To Attorney:
Robert J. Semrad & Associates
20 S. Clark Street, 28th Fl
Chicago, IL 60603
**by Electronic Notice though ECF**


PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088


PA08-0714